United States District Court For
The Eastern District of Pennsylvania

Joseph Simmons

v

Blanche Carney

Case Number: 22-1645

REC'D JUN - 7 2022

Complaint for violation of Civil Rights

1.) The Plaintiff, Joseph Simmons was incarcerated at Curran Fromhold Correctional Facility (CFCF) during the events described in this complaint.

2.) Defendant Blanche Carney is the Commissioner at (CFCF) she is being sued in he individual and of official capacity.

Facts

3.) On 5-7-2021 Plaintiff was housed on A-1-4pod in 8cell in segregation at (CFCF).

4.) Defendant Blanche Carney, Commissioner of (CFCF) came around with officers to serve the evening Ramadan meal.

5.) At a cell before officers got to feed plantiffs cell Refused to close their tray slot, this caused defendent Blanche Carney to deny the rest of the cells food.

6.) This went on for 3 days under the direction of Commissioner Blanch Carney, from 5-7-2021 to 5-10-2021

7.) On monday Plaintiff advised officers and staff he felt suicidial due to not being feed.

8.) Plaintiff was placed on suicide watch for three days and forced to sleep with no clothes in a cold cell.

"Relief Requested"

Wherefore, plaintiff Request that the court grant the following Relief:

A. Award compensatory damages in the following amounts:

1. $100,000 jointly and severally against defendant Blanche Carney and all other unknown defendant.

B. Award puntive damages in following amounts:

1. $50,000 each against defendant Blanche Carney and unknown defendants.

C. Grant such other relief as it may appear that Plaintiff is entitled.

Respectfully Submitted, Joseph Simmons

QK6813

Joseph Simmons QK6813
SCI Rockview Box A
1 Rockview Place
Bellefonte PA 16823

Eastern District of Pennsylvania Office of Clerk, United States District Court
504 West Hamilton Street
Allentown, PA 18101

INMATE MAIL
PA DEPT OF CORRECTIONS

U.S.M.S.
X-RAY

ZIP 16823
$ 000.53
MAY. 27. 2022